IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GENSCH,<br>99 Blair Alley, S.W., Apt. 771<br>Washington, D.C. 20024<br><br>   Plaintiff,<br><br>  v.<br><br>ASTHMA AND ALLERGY<br>FOUNDATION OF AMERICA<br>1235 South Clark Street, Suite 305<br>Arlington, VA 22202<br><br>   Defendant. | Civil Action No. 1:21-cv-2426<br>(Removed from Superior Court for the<br>District of Columbia,<br>Case No. 2021 CA 002809 B |

## NOTICE OF REMOVAL

Asthma and Allergy Foundation of America ("Defendant" or "AAFA"), by its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal in order to remove this action from the Superior Court for the District of Columbia, currently pending as Case No. 2021 CA 002809 B, to the United States District Court for the District for the District of Columbia, and in support thereof states as follows:

  1. On August 11, 2021, Plaintiff Christopher Gensch ("Plaintiff" or "Mr. Gensch") filed a civil action against AAFA in the Superior Court for the District of Columbia Civil Division (Case No. 2021 CA 002809 B)("Complaint"). The Complaint asserted a cause of action for discrimination in violation of the District of Columbia Human Rights Act, D.C. Code § 2-104 *et seq.*, and a cause of action for retaliation in violation of the District of Columbia Human Rights Act, D.C. Code § 2-104 *et seq.*

  2. On August 12, 2021, the Superior Court for the District of Columbia issued an

Initial Order and Addendum.

3. On August 13, 2021, the Superior Court for the District of Columbia issued a Summons.

4. On August 24, 2021, AAFA was served with the Complaint, Summons and Initial Order and Addendum. A copy of the Complaint, Summons and Initial Order and Addendum are attached hereto as Exhibit 1.

5. On September 14, 2021, AAFA timely filed an Answer. A copy of the Answer is attached hereto as Exhibit 2.

6. The Complaint alleges that Mr. Gensch is a resident of the District of Columbia. Complaint, ¶ 1.

7. The Complaint alleges that AAFA offices are located in Virginia. *Id.,* ¶ 5. The caption of the Complaint also lists the address for AAFA as 1235 South Clark Street, Suite 305, Arlington, VA 22202. AAFA is a not-for-profit corporation organized under the laws of the state of New York, with its principal place of business located at 1235 South Clark Street, Suite 305, Arlington, VA 22202. *See the Declaration of Kenny Mendez* ("Decl."), ¶ 2, attached hereto as Exhibit 3.

8. The Complaint seeks compensatory and punitive damages of "no less than five million dollars ($5,000,000)." Complaint, ¶ F.

9. Removal of the Complaint is proper, pursuant to 28 U.S.C. § 1332. This Court has jurisdiction over the claim asserted because: (1) pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs; and (2) pursuant to 28 U.S.C. § 1332(a)(1), the action is between citizens of different States.

10. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) as it is filed within 30 days after AAFA first received a copy of the Complaint. A copy of this Notice of Removal will be filed with the Clerk of the Superior Court for the District of Columbia.

11. A copy of the Civil Cover Sheet for the removed action is being contemporaneously filed with this Court.

12. A copy of all process, pleadings and other orders served upon and filed by Defendant is being contemporaneously filed with this Court.

13. By removing this action, AAFA does not waive, and hereby expressly reserves, any and all defenses, objections, motions, and counterclaims available at law.

WHEREFORE, Defendant Asthma and Allergy Foundation of America hereby requests that this Court assume jurisdiction over this action and issue all orders and processes necessary to remove this action.

Respectfully submitted,

*/s/ Michael E. Barnsback*
Michael E. Barnsback (Federal Bar No.VA015)
O'HAGAN MEYER, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(703) 775-8601
mbarnsback@ohaganmeyer.com
*Counsel for Asthma and Allergy Foundation of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September 2021, a copy of the foregoing Notice of Removal was served by first-class mail, postage prepaid, and e-mail upon the following:

David A. Branch
Law Office of David A. Branch & Associates, PLLC
1828 L Street, N.W., Suite 820
Washington, D.C. 20036
*Counsel for Plaintiff Christopher Gensch*

*/s/ Michael E. Barnsback*
Michael E. Barnsback