IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER GENSCH** ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 1:21-cv-02426-ABJ |
| ) | |
| v. ) | |
| ) | |
| **ASTHMA AND ALLERGY** ) | |
| **FOUNDATION OF AMERICA** ) | |
| ) | |
| *Defendant.* ) | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Christopher Gensch and Defendant Asthma and Allergy Foundation of America, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, each party to bear their respective costs and attorneys' fees.

Date: May 24, 2022                                    Respectfully submitted,

_____/s/ David A. Branch_____                  _/s/ Michael E. Barnsback_ (with permission)
David A. Branch                                          Michael E. Barnsback
D.C. Bar No. 438746                                   Fed. Bar No. VA0151614499
Law Office of David A. Branch & Assoc., PLLC    O'Hagan Meyer, PLLC
1828 L Street, NW, Suite 820                      2560 Huntington Avenue, Suite 204
Washington, D.C. 20036                             Alexandria, VA 22303
Phone: (202) 785-2805                               Phone: (703) 775-8601
Fax: (202) 785-0289                                   Fax: (804) 403-7110
Email: davidbranch@dbranchlaw.com        Email: MBarnsback@ohaganmeyer.com

*Counsel for Plaintiff.*                                  *Counsel for Defendant.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May 2022, I caused a copy of the foregoing to be served electronically via the Court's CM/ECF e-filing system on counsel for Defendant listed below:

Michael E. Barnsback, Esq.
O'Hagan Meyer, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
Phone: (703) 775-8601
Fax: (804) 403-7110
Email: MBarnsback@ohaganmeyer.com

                                                    */s/ David A. Branch*
                                                    David A. Branch